

**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

October 17, 2022

**MEMO ENDORSEMENT**

> Defendant's request is granted. All deadlines are adjourned pending the parties' submission of a proposed consent decree for approval within 30 days. SO ORDERED.
>
> *Jennifer E. Willis*
>
> Jennifer E. Willis, U.S.M.J.
> 10/18/2022

**VIA ECF**
Hon. Jennifer E. Willis
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Senior v. iTouch Wearables LLC*
      Case No. 22-cv-05076-JW

Dear Judge Willis:

I am counsel for Defendant. I write with the consent of Plaintiff's counsel to advise that the parties have settled this matter in principle and to request that the Court adjourn all deadlines *sine die*, including the conference scheduled for October 20, 2022 [DE 18]. The parties are working on the settlement papers now and hope to be in a position to submit a proposed Consent Decree for approval within the next 30 days. The Consent Decree would address the ADA access issues raised by the Complaint.

Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD &
SMITH LLP

cc:   Counsel for Plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4867-4768-8506.1